UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREEM BAILEY, | |
| Petitioner, | No. 17-cv-13586 (NLH) |
| v. | MEMORANDUM AND ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

IT APPEARING THAT:

Movant is proceeding pro se with an Amended Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255. ECF No. 5. In accordance with Rule 4(b) of the Rules Governing Section 2255 Proceedings, see 28 U.S.C. § 2255 Rule 4(b), the Court has screened the Motion for dismissal and determined that dismissal without an answer is not warranted.

Accordingly,

IT IS on this __15th__ day of __February__, 2018,

ORDERED that the Clerk of Court is directed to REOPEN this case; and it is further

ORDERED that within forty-five (45) days of the date of the entry of this Order, the United States shall electronically file and serve an answer to the § 2255 Motion; and it is further

1

ORDERED that the answer shall respond to the allegations and grounds of the Motion and shall adhere to Rule 5 of the Rules Governing Section 2255 Proceedings; and it is further

ORDERED that the answer shall address the merits of each claim raised in the Motion as well as whether the Motion is timely; and it is further

ORDERED that the answer shall contain an index of exhibits; and it is further

ORDERED that if the answer refers to briefs or transcripts, orders, and other documents from prior proceedings, then the United States shall serve and file them with the answer; and it is further

ORDERED that Movant may serve and file a reply to the answer within forty-five (45) days after the answer is filed; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order on Movant by regular first-class mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.